Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Jordan Elias (SBN 228731)
jelias@girardsharp.com
Simon S. Grille (SBN 294914)
sgrille@girardsharp.com
Mikaela Bock (SBN 335089)
mbock@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*

[Additional counsel on signature block]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY TAPPANA, DUSTIN FULCOMER, HOLLY PROUTY, AVERY PRATT, ALISCHA WILSON, and ANDREW COLEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No.: 2:21-cv-09046-DSF-PLA<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to the voluntary dismissal of the claims of Plaintiffs Mary Tappana, Dustin Fulcomer, Holly Prouty, Avery Pratt, Alischa Wilson, and Andrew Coleman against Defendant American Honda Motor Co., Inc. with prejudice, and with each party to bear its own attorneys' fees and costs. The parties respectfully request that the Clerk of Court close the docket.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD**

Dated: September 6, 2023

| | |
|---|---|
| */s/ Adam E. Polk* | */s/ Amir Nassihi* |
| Adam E. Polk (SBN 273000) | Amir Nassihi (SBN 235936) |
| apolk@girardsharp.com | anassihi@shb.com |
| Jordan Elias (SBN 228731) | Joan R. Camagong (SBN 288217) |
| jelias@girardsharp.com | jcamagong@shb.com |
| Simon S. Grille (SBN 294914) | Jason M. Richardson (SBN 250916) |
| sgrille@girardsharp.com | jmrichardson@shb.com |
| Mikaela Bock (SBN 335089) | **SHOOK, HARDY & BACON L.L.P.** |
| mbock@girardsharp.com | 555 Mission Street, Suite 2300 |
| **GIRARD SHARP LLP** | San Francisco, CA 94105 |
| 601 California Street, Suite 1400 | Tel: (415) 544-1900 \| Fax: (415) 391-0281 |
| San Francisco, CA 94108 | |
| Telephone: (415) 981-4800 | Michael L. Mallow (SBN 188745) |
| Facsimile: (415) 981-4846 | mmallow@shb.com |
| | **SHOOK, HARDY & BACON L.L.P.** |
| Matthew Schelkopf (SBN 89143) | 2049 Century Park East, Suite 3000 |
| Joseph B. Kenney (SBN 316557) | Los Angeles, CA 90067-3204 |
| **SAUDER SCHELKOPF LLC** | Tel: (424) 285-8330 \| Fax: (424) 204-9093 |
| 1109 Lancaster Avenue | |
| Berwyn, PA 19312 | *Attorneys for Defendant* |
| Tel.: (888) 711-9975 | AMERICAN HONDA MOTOR CO., INC. |
| mds@sstriallawyers.com | |
| jbk@sstriallayers.com | |
| | |
| *Attorneys for Plaintiffs* | |

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

*/s/ Adam E. Polk*
Adam E. Polk (SBN 273000)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Adam E. Polk*
Adam E. Polk (SBN 273000)